IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO FIGUEROA | : | CRIMINAL |
| | : | NO. 94-321 |
| v. | : | NO. 97-94 |
| | : | |
| UNITED STATES OF AMERICA | : | |

## **ORDER**

AND NOW, this 17th day of May, 2016, upon consideration of pro se petitioner Julio Figueroa's petition for a writ of error coram nobis (No. 94-321, Dkt. No. 116; No. 97-94, Dkt. No. 19), the government's response (No. 94-321, Dkt. No. 125; No. 97-94, Dkt. No. 28), Figueroa's reply (No. 94-321, Dkt. No. 128; No. 97-94, Dkt. No. 31) and Figueroa's notice of supplemental authorities (No. 94-321, Dkt. No. 129; No. 97-94, Dkt. No. 32), and consistent with the accompanying Memorandum of Law, it is ORDERED that Figueroa's petition is DENIED.

                                                                                 *s/Thomas N. O'Neill, Jr.*
                                                                      THOMAS N. O'NEILL, JR., J.